UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
FV-I, et al.

In Re:

 Dominic Scalzo & Mara Scalzo,

 Debtors.

Case No.:       17-28488-MBK

Chapter:              13

Hearing Date:       2/4/2020

Judge:              Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below

has been:

☒  Settled              ☐  Withdrawn

Matter:  Motion for Relief re: 1007 Elmwood Street (Docket # 29)

_____

Date: 2/3/2020_____                /s/ Denise Carlon_____
                                                 Signature

*rev.8/1/15*