| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 17-28488 / MBK**

Dominic S Scalzo
Mara L. Scalzo

Petition Filed Date: 09/12/2017
341 Hearing Date: 10/19/2017
Confirmation Date: 11/14/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2019 | $500.00 | 55083760 | 02/01/2019 | $500.00 | 55832390 | 03/01/2019 | $500.00 | 56631080 |
| 04/01/2019 | $500.00 | 57463480 | 05/01/2019 | $500.00 | 58225280 | 06/03/2019 | $500.00 | 59016230 |
| 07/01/2019 | $500.00 | 59836820 | 08/01/2019 | $500.00 | 60559970 | 09/03/2019 | $500.00 | 61435780 |
| 10/01/2019 | $500.00 | 62161080 | 10/01/2019 | ($500.00) | 62161080 | 10/01/2019 | $500.00 | 62161080 |
| 10/31/2019 | $500.00 | 62903560 | 12/03/2019 | $500.00 | 63705040 | | | |

**Total Receipts for the Period: $6,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Dominic S Scalzo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WARREN BRUMEL, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $1,168.99 | $0.00 | $1,168.99 |
| 2 | ENERGY PEOPLE FEDERAL CREDIT UNION<br>»» CONSENT ORDER 12/7/2017 | Secured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 3 | Wells Fargo Card Services | Unsecured Creditors | $1,012.05 | $0.00 | $1,012.05 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,120.59 | $0.00 | $2,120.59 |
| 5 | SPECIALIZED LOAN SERVICING  LLC<br>»» P/1007 ELWOOD ST/1ST MTG/WILMINGTON SAVINGS | Mortgage Arrears | $31,985.02 | $10,868.50 | $21,116.52 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 2011 TOYOTA SIENNA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $2,057.29 | $0.00 | $2,057.29 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $1,893.17 | $0.00 | $1,893.17 |
| 9 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $367.69 | $0.00 | $367.69 |
| 10 | ENERGY PEOPLE FEDERAL CREDIT UNION<br>»» CONS ORDER 12/7/17 | Unsecured Creditors | $3,759.30 | $0.00 | $3,759.30 |
| 11 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | Unsecured Creditors | $667.67 | $0.00 | $667.67 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SOUTHERN OCEAN MED CTR | Unsecured Creditors | $60.73 | $0.00 | $60.73 |

| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» CARE CREDIT | Unsecured Creditors | $766.80 | $0.00 | $766.80 |
|----|---|---|---|---|---|
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR »» AMAZON | Unsecured Creditors | $538.19 | $0.00 | $538.19 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» WALMART | Unsecured Creditors | $3,641.00 | $0.00 | $3,641.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» BEST BUY | Unsecured Creditors | $1,299.67 | $0.00 | $1,299.67 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR »» WALMART | Unsecured Creditors | $2,565.48 | $0.00 | $2,565.48 |
| 18 | CITIBANK, NA »» GOODYEAR | Unsecured Creditors | $298.72 | $0.00 | $298.72 |
| 19 | ECAST SETTLEMENT CORP »» SYNCHRONY BANK | Unsecured Creditors | $144.68 | $0.00 | $144.68 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,500.00 | Plan Balance: | $25,100.00 ** |
| Paid to Claims: | $13,118.50 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $917.50 | Arrearages: | $0.00 |
| Funds on Hand: | $464.00 | Total Plan Base: | $39,600.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**