UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Warren Brumel, Esq. (wb3626)
Attorney for Debtors
PO Box 181
Keyport, NJ 07735
732-264-3400

Order Filed on March 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dominic S. Scalzo
Mara L. Scalzo

Case No.: 17-28488

Chapter: 13

Judge: MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 31, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Warren Brumel, Esq._____, the applicant, is allowed a fee of $ ___400.00___ for services rendered and expenses in the amount of $____0____ for a total of $___400.00___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____*____ per month for _____ months to allow for payment of the above fee.

*payment to be determined by the bankruptcy trustee

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:  
Dominic S Scalzo  
Mara L. Scalzo  
    Debtors

Case No. 17-28488-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 31, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.
db/jdb         +Dominic S Scalzo,    Mara L. Scalzo,    1007 Elwood Street,    Forked River, NJ 08731-1015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:
            Albert   Russo    docs@russotrustee.com  
            Allen I Gorski    on behalf of Creditor    Energy People Federal Credit Union  
             agorski@gorskiknowlton.com  
            Christopher M. McMonagle    on behalf of Creditor    Wilmington Savings Fund Society, FSB d/b/a  
             christina Trust, Not in its individual capacity but solely as trustee for the brougham fund I  
             trust cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com  
            Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage  
             Capital Holdings LLC dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Jill   Manzo    on behalf of Creditor    BSI FINANCIAL SERVICES, as servicer for WILMINGTON SAVINGS  
             FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE  
             OF THE BROUGHAM FUND I TRUST bankruptcy@feinsuch.com  
            Rebecca Ann Solarz    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage  
             Capital Holdings LLC rsolarz@kmllawgroup.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
            Warren   Brumel    on behalf of Joint Debtor Mara L. Scalzo wbrumel@keyportlaw.com,  
             brumellawecf@gmail.com;wbrumel@keyportlaw.com  
            Warren   Brumel    on behalf of Debtor Dominic S Scalzo wbrumel@keyportlaw.com,  
             brumellawecf@gmail.com;wbrumel@keyportlaw.com  
                                                                                                                   TOTAL: 9