# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: § 
§ **CASE NO. 17-28488-MBK**
§
**DOMINIC S SCALZO** §
**MARA L. SCALZO** §
   **DEBTORS** §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC as servicing agent for Matawin Ventures Trust Series 2019-4** | **FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC c/o Specialized Loan Servicing LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129**

Court Claim # (if known): 19-1
Amount of Claim:  $5,452.76
Date Claim Filed:   03/16/2020

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx3372**

Phone:  (800) 315-4757
Last Four Digits of Acct.#:  3372

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx3372**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Mukta Suri                                                           Date:            06/29/2020
        Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor<br><br>In Re:<br><br>Dominic S Scalzo and<br>Mara L. Scalzo<br><br>Debtors. | Case No : 17-28488-MBK<br><br>Chapter: 13<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Michael B. Kaplan |

### CERTIFICATION OF SERVICE

1. I, <u>Mukta Suri</u> : 

    ☒ represent the <u>Creditor</u> in this matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>06/29/2020</u> , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

<u>06/29/2020_____</u>              <u>/s/ Mukta Suri_____</u>
Date                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dominic S Scalzo<br>Mara L. Scalzo<br>1007 Elwood Street<br>Forked River, NJ 08731 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable. *) |
| Warren Brumel<br>Law Office of Warren Brumel<br>65 Main Street<br>Po Box 181<br>Keyport, NJ 07735 | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |
| Albert Russo<br>Standing Chapter 13 Trustee / CN 4853<br>Trenton, New Jersey 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE                                            4129-N-0531