**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dominic S Scalzo | Social Security number or ITIN  xxx–xx–1331 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Mara L. Scalzo | Social Security number or ITIN  xxx–xx–3265 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:  17–28488–MBK | | |

## Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dominic S Scalzo                                         Mara L. Scalzo

12/5/22                                                         **By the court:** <u>Michael B. Kaplan</u>
                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Dominic S Scalzo  
Mara L. Scalzo  
    Debtors

Case No. 17-28488-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Dec 05, 2022      Form ID: 3180W      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dominic S Scalzo, Mara L. Scalzo, 1007 Elwood Street, Forked River, NJ 08731-1015 |
| 517061991 | + | Energy People Federal Credit Union, PO Box 279, Medford, NJ 08055-0279 |
| 517163248 | + | Energy People Federal Credit Union, c/o Allen I. Gorski, Esquire, 311 White Horse Avenue; Suite A, Hamilton, NJ 08610-1430 |
| 517061994 | | Garden State Hearing & Balance Center, 250 Route 37 West, Toms River, NJ 08755-8023 |
| 517061996 | | Justice, Retail Services, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 518907788 | | Kondaur Capital Corporation et al., Kondaur Capital Corporation, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 |
| 518907789 | + | Kondaur Capital Corporation et al., Kondaur Capital Corporation, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314, Kondaur Capital Corporation et al. Kondaur Capital Corporation 92868-3314 |
| 517062005 | + | Wilmington Savings Fund Society FSB, 13266 Byrd St, Suite 447, Odessa, FL 33556-5319 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 05 2022 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 05 2022 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517061984 | + | EDI: CAPIO.COM | Dec 06 2022 01:38:00 | Asset Care LLC, 2222 Texoma Parkway, Sherman, TX 75090-2470 |
| 517061987 | | Email/Text: bankruptcy@bsifinancial.com | Dec 05 2022 20:46:00 | BSI Financial Services, Inc., PO Box 517, Titusville, PA 16354-0517 |
| 517061985 | + | EDI: CITICORP.COM | Dec 06 2022 01:38:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 517061986 | | EDI: HFC.COM | Dec 06 2022 01:38:00 | Boscov's, Retail Services, Box 15521, Wilmington, DE 19850-5521 |
| 517262361 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 05 2022 20:45:06 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517061988 | | EDI: CAPITALONE.COM | Dec 06 2022 01:38:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517206022 | | EDI: CAPITALONE.COM | Dec 06 2022 01:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517221632 | | Email/PDF: bncnotices@becket-lee.com | Dec 05 2022 20:45:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517061989 | + | EDI: RMSC.COM | Dec 06 2022 01:38:00 | Care Credit/Synchrony, PO Box 960061, Orlando, FL 32896-0061 |
| 517061990 | | EDI: WFNNB.COM | | |

Case 17-28488-MBK  Doc 61  Filed 12/07/22  Entered 12/08/22 00:14:35  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 05, 2022 | Form ID: 3180W | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| | | Dec 06 2022 01:38:00 | Children's Place, Commenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 517275508 | EDI: Q3G.COM | Dec 06 2022 01:38:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 517145853 | EDI: CRFRSTNA.COM | Dec 06 2022 01:38:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 518764688 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 05 2022 20:46:00 | FV-I, Inc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517061992 | + Email/Text: ecourts.col_efilings@fskslaw.com | Dec 05 2022 20:45:00 | Fein Such Kahn & Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517061993 | EDI: CRFRSTNA.COM | Dec 06 2022 01:38:00 | Firestone Complete Auto Care, PO Box 81410, Cleveland, OH 44181-0410 |
| 517061995 | EDI: CITICORP.COM | Dec 06 2022 01:38:00 | Good Year Credit Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 517061997 | Email/Text: PBNCNotifications@peritusservices.com | Dec 05 2022 20:45:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 517061998 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 05 2022 20:45:06 | Merrick Bank, Cardworks Servicing, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517272387 | EDI: PRA.COM | Dec 06 2022 01:38:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517219362 | EDI: PRA.COM | Dec 06 2022 01:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517269718 | EDI: Q3G.COM | Dec 06 2022 01:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517266846 | EDI: Q3G.COM | Dec 06 2022 01:38:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518435361 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 05 2022 20:46:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518435362 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 05 2022 20:46:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517061999 | EDI: RMSC.COM | Dec 06 2022 01:38:00 | Synchrony Bank, Att: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 517065832 | + EDI: RMSC.COM | Dec 06 2022 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517062000 | + EDI: RMSC.COM | Dec 06 2022 01:38:00 | Syncrony Bank, PO Box 965024, Orlando, FL 32896-5024 |
| 517062001 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 05 2022 20:46:00 | Toyota Financial Serv, Att: Bankruptcy Unit, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517211609 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 05 2022 20:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519052485 | ^ MEBN | Dec 05 2022 20:36:33 | U.S. Bank Trust National Association, as, Trustee of the Bungalow Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 519052486 | ^ MEBN | Dec 05 2022 20:36:39 | U.S. Bank Trust National Association, as, Trustee of the Bungalow Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association, as 95501-0305 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517062002 | | EDI: RMSC.COM | Dec 06 2022 01:38:00 | Walmart/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 517062003 | | EDI: WFFC2 | Dec 06 2022 01:38:00 | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 517173941 | | EDI: WFFC2 | Dec 06 2022 01:38:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517062004 | + | EDI: WFFC2 | Dec 06 2022 01:38:00 | Wells Fargo Bank, NA, Att: Bankruptcy, PO Box 10335, Des Moines, IA 50306-0335 |
| 517211372 | + | Email/Text: bankruptcy@bsifinancial.com | Dec 05 2022 20:46:00 | Wilmington Savings Fund Society, et al., c/o BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 517280217 | | Email/PDF: bncnotices@becket-lee.com | Dec 05 2022 20:45:06 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518879134 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518879137 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518879135 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518879138 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519052493 | *+ | U.S. Bank Trust National Association, as, Trustee of the Bungalow Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 519052494 | *+ | U.S. Bank Trust National Association, as, Trustee of the Bungalow Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association, as 95501-0305 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Creditor Energy People Federal Credit Union agorski@gorskiknowlton.com |

Case 17-28488-MBK    Doc 61    Filed 12/07/22    Entered 12/08/22 00:14:35    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 05, 2022 | Form ID: 3180W | Total Noticed: 47 |

Denise E. Carlon
    on behalf of Creditor FV-I  Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jill Manzo
    on behalf of Creditor BSI FINANCIAL SERVICES  as servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF THE BROUGHAM FUND I TRUST bankruptcy@fskslaw.com

Jonathan C. Schwalb
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Bungalow Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Bungalow Series IV Trust lmoyer@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com

Steven P. Kelly
    on behalf of Creditor Wilmington Savings Fund Society  FSB d/b/a christina Trust, Not in its individual capacity but solely as trustee for the brougham fund I trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren Brumel
    on behalf of Debtor Dominic S Scalzo wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com

Warren Brumel
    on behalf of Joint Debtor Mara L. Scalzo wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 11